# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-6449 ODW(JCx) | Date | October 28, 2009 |
| Title | Laurence Paskowitz Sep Ira v. Pacific Capital Bancorp, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order Vacating Hearing on Defendants' Motion to Dismiss [19] (Filed 10/8/09)**

The hearing on the above-referenced motion, presently scheduled for November 2, 2009 at 1:30 p.m., is hereby VACATED. The matter stands submitted. An order will issue.

IT IS SO ORDERED.

: 00

Initials of Preparer  RGN