JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE PASKOWITZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC CAPITAL BANCORP, et al.,<br><br>　　　　　Defendants. | CV 09-6449 ODW (JCx)<br><br>**JUDGMENT** |

Having elected not to amend his Complaint, as permitted by the Court's November 6, 2009 order dismissing Plaintiff's claims, the Court hereby enters judgment in favor of Defendants. Plaintiff's claims are dismissed with prejudice. *See WMX Tech., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997) (when the plaintiff timely responds with a formal notice of his intent not to amend, the threatened dismissal ripens into a final, appealable judgment); *see also Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064-65 (9th Cir. 2004) (same); *cf. Yourish v. Cal. Amplifier*, 191 F.3d 983, 986 (9th Cir. 1999)

///

///

///

///

1

(failure to notify court of plaintiff's intention not to amend warrants dismissal under Fed. R. Civ. P. 41(b)).  The Clerk shall close this case.

**SO ORDERED.**

December 2, 2009

_____
Otis D. Wright II
United States District Judge